IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **19-23519** |
| **Michelle A. Merella** | : | |
| | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Michelle A. Merella** | : | |
| | : | |
| Movant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,  __**Kenneth Steidl 34965**__  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Kenneth Steidl**
Signature
**Kenneth Steidl 34965**
Typed Name
**28th Floor - Gulf Tower**
**707 Grant Street**
**Pittsburgh, PA 15219-1908**
Address
**412-391-8000 Fax:412-391-0221**
Phone No.
**34965 PA**
List Bar I.D. and State of Admission

```
CBCS
520 E. Main Street
Carnegie, PA 15106

CBCS
250 East Town Street
Columbus, OH 43215

Collection Service Center
839 5th Avenue
New Kensington, PA 15068

Credit Collection Services
16 Distributor Drive
Suite 1
Morgantown, WV 26501

Directv
c/o Diversified Consultants
PO Box 679543
Dallas, TX 75267-9543

LTD Commodities LLC
200 Tri State International
Lincolnshire, IL 60069

LVNV Funding LLC
625 Pilot Road
Suite 213
Las Vegas, NV 89119

Midland Funding LLC
2365 Northside Drive Suite 300
San Diego, CA 92108

Municipal Authority of Westmorland Co.
124 Park & Pool Road
New Stanton, PA 15672

ROI
1920 Greenspring Drive
Lutherville Timonium, MD 21093

Rostraver Township Sewage Authority
1744 Rostraver Road
Belle Vernon, PA 15012
```