IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Michelle A. Merella, ) | Case No. 19-23519 GLT |
| Debtor ) | Chapter 13 |
| ) | |
| Michelle A. Merella, ) | Related to Document No. 29 |
| Social Security No. XXX-XX- 1612 ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Aquity Solutions LLC ) | |
| And Ronda J. Winnecour, Trustee, ) | |
| Respondent(s) ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 2, 2020, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Michelle A. Merella
127 Dominion Lane
West Newton, PA 15089

Aquity Solutions LLC
Attn: Payroll Dept.
5000 Meridian Blvd. 2nd Floor
Franklin, TN 37067

Date of Service:     January 2, 2020     /s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 34965