IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michelle A. Merella, | ) | Case No. 19-23519 GLT |
|     Debtor | ) | Chapter 13 |
| | ) | |
| | ) | Related to Docket No. 33, 34 |
| | ) | |
| | ) | Hearing Date and Time |
| Michelle A. Merella, | ) | March 11, 2020 at 9:30am |
|     Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LVNV Funding, LLC | ) | |
| c/o Resurgent Capital Services | ) | |
|     Respondent | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO RESPONDENT'S CLAIM 5

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Respondent's Claim 5 filed on January 29, 2020 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Respondent's Claim 5 appears thereon.  Pursuant to the Notice of Hearing, objections for Objection to Respondent's Claim 5 were to be filed and served no later than February 28, 2020**.**

    It is hereby respectfully requested that the Order attached to the Objection to Respondent's Claim 5 be entered by the Court.

                                                                                       Respectfully submitted,

March 2, 2020___                                                  /s/ Kenneth Steidl
Date                                                            Kenneth Steidl, Esquire
                                                                   Attorney for the Debtor
                                                                   STEIDL & STEINBERG
                                                                   707 Grant Street
                                                                   Suite 2830, Gulf Tower
                                                                   Pittsburgh, PA 15219
                                                                   (412) 391-8000
                                                                   Ken.steidl@steidl-steinberg.com
                                                                   PA I.D. No. 34965