IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Michelle A. Merella, ) | Case No. 19-23519 GLT |
| *Debtor* ) | Chapter 13 |
| ) | Related to Document No. 39 |
| Michelle A. Merella, ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| LVNV Funding LLC ) | |
| c/o Resurgent Capital Services, ) | |
| *Respondent* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 5, 2020, a true and correct copy of the *Order of Court dated March 3, 2020* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

LVNV Funding, LLC
c/o Resurgent Capital Services
Attn: David Lamb Claims Processor
PO Box 10587
Greenville, SC 29603-0587

Date of Service:    March 5, 2020

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 34965