FILED
3/3/20 9:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                   )

                        )

Michelle A. Merella,     )     Case No. 19-23519 GLT

   Debtor           )     Chapter 13

                        )

                        )     Related to Docket No. 33

                        )

                        )

Michelle A. Merella,     )

   Movant          )

                        )

                        )

                        )

     vs.             )

                        )

LVNV Funding, LLC     )

c/o Resurgent Capital Services     )

   Respondent       )

## ORDER OF COURT

AND NOW, to wit, this __3rd Day of March__ _____, 2020, it is hereby

ORDERED, ADJUDGED, and DECREED, that Respondent's proof of claim number 5 is

stricken due to the fact that the debt is uncollectable under 42 Pa. C.S. 5525(a).


Gregory L. Taddonio, Judge
United States Bankruptcy Court


## ENTERED BY DEFAULT

Movant shall serve a copy of this Order and the Motion on the respondent(s), their counsel, the
Trustee, and the U.S. Trustee. Movant shall file a certificate of service within three (3) business
days.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-23519-GLT
Michelle A. Merella                                                       Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil               Page 1 of 1              Date Rcvd: Mar 03, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
db            +Michelle A. Merella,    127 Dominion Lane,    West Newton, PA 15089-1298

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Karina Velter   on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION amps@manleydeas.com
          Kenneth  Steidl   on behalf of Debtor Michelle A. Merella julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 5