IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/13/21 2:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                                                    :          Case No.:    19-23519-GLT
                                                          :          Chapter:     13
Michelle A. Merella                                       :
                                                          :
                                                          :          Date:        1/13/2021
             *Debtor(s).*                                 :          Time:        09:30

## PROCEEDING MEMO

**MATTER:**   #52 - Motion for Relief from Stay Filed by PNC Bank NA.
              #55 - Response filed by Trustee
              #56 - Response filed by Debtor

**APPEARANCES:**
              Debtor:     Abagale Steidl
              Trustee:    James Warmbrodt
              PNC:        Karina Velter

**NOTES:** (9:45)

Velter: We've been in communication and we've agreed to continue for 90 days in order to monitor payments.

Court: Why should I continue it if there's no dispute that there's over $100,000 in equity?

Velter: We have a cushion, but the debtor hasn't been consistent with payments so we just want to monitor for payments and then we'd withdraw the motion.

Court: If the payments aren't being made maybe the case should be converted to chapter 7.

Velter: We wouldn't be opposed to conversion.

Warmbrodt: We don't disagree with a continuance, there was a plan payment made in December and plan arrears are $11,670.

Court: Isn't there equity here for the estate beyond the exemption?

Warmbrodt: Yes. PNC's balance is just over $80,000, there's a few other liens totalling a few thousand, and the FMV is $200,000.

Steidl: This case also has a pending certificate of default. The debtor was a document analyst who was laid off because of COVID.

Court: Although a postponement is not offensive, I'm inclined to deny the motion without prejudice because if payments aren't being made, I'll want to convert the case rather than grant stay relief.

**OUTCOME:**

1. PNC Bank NA.'s *Motion for Relief from Stay* [Dkt. No. 52] is DENIED [Text Order to Issue]

**DATED:** 1/13/2021