FILED
1/22/21 11:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  
MICHELLE A. MERELLA

Debtor(s)

Ronda J. Winnecour, Trustee  
Movant

vs.

MICHELLE A. MERELLA

Respondent(s)

Case No. 19-23519GLT  
Chapter 13

Related to Document No. 47

## ORDER

AND NOW, this 22nd Day of January, 2021 __, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐   This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐   This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.   Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.   This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1) the time deadline provided by state law; or

(2) 30 days after the date of this notice.

☑ This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $ 1523 effective 2-21 .

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐ Other: _____

BY THE COURT:

Dated: January 22, 2021

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Page 2 of 2

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-23519-GLT

Michelle A. Merella  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: bsil  Page 1 of 3
Date Rcvd: Jan 22, 2021  Form ID: pdf900  Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle A. Merella, 127 Dominion Lane, West Newton, PA 15089-1298 |
| 15134885 | | Directv, c/o Diversified Consultants, PO Box 679543, Dallas, TX 75267-9543 |
| 15139354 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 15118355 | #+ | Ford Motor Credit Company, P.O. Box 152271, Irving, TX 75015-2271 |
| 15134892 | + | ROI, 1920 Greenspring Drive, Lutherville Timonium, MD 21093-4156 |
| 15134893 | + | Rostraver Township Sewage Authority, 1744 Rostraver Road, Belle Vernon, PA 15012-4001 |
| 15148210 | | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15148206 | | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15118358 | + | Westmoreland County Tax Claim Bureau, 40 N. Pennsylvania Avenue, Suite 109, Greensburg, PA 15601-2341 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2021 03:36:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15134882 | + | Email/Text: CBCSMail@CBCSNational.com | Jan 23 2021 03:18:00 | CBCS, 250 East Town Street, Columbus, OH 43215-4631 |
| 15134881 | + | Email/Text: CBCSMail@CBCSNational.com | Jan 23 2021 03:18:00 | CBCS, 520 E. Main Street, Carnegie, PA 15106-2051 |
| 15134883 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 23 2021 03:19:00 | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15134884 | + | Email/Text: ccusa@ccuhome.com | Jan 23 2021 03:18:00 | Credit Collection Services, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15145903 | | Email/Text: G06041@att.com | Jan 23 2021 03:19:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15134887 | + | Email/Text: LTDBankruptcy@ltdcommodities.com | Jan 23 2021 03:19:00 | LTD Commodities LLC, 200 Tri State International, Lincolnshire, IL 60069-4407 |
| 15134888 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2021 03:36:27 | LVNV Funding LLC, 625 Pilot Road, Suite 213, Las Vegas, NV 89119-4485 |
| 15135541 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2021 03:43:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15134889 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2021 03:18:00 | Midland Funding LLC, 2365 Northside Drive Suite 300, San Diego, CA 92108-2709 |
| 15149289 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2021 03:18:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15134890 | + | Email/Text: mawccollection@mawc.org | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 23 2021 03:19:00 | Municipal Authority of Westmorland Co., 124 Park & Pool Road, New Stanton, PA 15672-2404 |
| 15118356 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 23 2021 03:18:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 15158553 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 23 2021 03:18:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland OH 44101 |
| 15156376 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2021 03:42:54 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15119387 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 23 2021 03:47:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15151178 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 23 2021 03:48:04 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15127760 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 23 2021 03:19:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15118357 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 23 2021 03:19:00 | West Penn Power Company, 76 South Main Street, Akron, OH 44308-1817 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 15134886 | *+ | Ford Motor Credit Company, P.O. Box 152271, Irving, TX 75015-2271 |
| 15134891 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 15156513 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15134894 | *+ | West Penn Power Company, 76 South Main Street, Akron, OH 44308-1817 |
| 15134895 | *+ | Westmoreland County Tax Claim Bureau, 40 N. Pennsylvania Avenue, Suite 109, Greensburg, PA 15601-2341 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2021         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Karina Velter | |

District/off: 0315-2 | User: bsil | Page 3 of 3
Date Rcvd: Jan 22, 2021 | Form ID: pdf900 | Total Noticed: 28

    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

Kenneth Steidl
    on behalf of Debtor Michelle A. Merella julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5