Case 19-23519-GLT    Doc 77    Filed 10/31/24    Entered 10/31/24 15:23:22    Desc Main
Document    Page 1 of 1

FILED
10/31/24 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-23519-GLT |
| | : | Chapter: | 13 |
| Michelle A. Merella | : | | |
| | : | | |
| | : | Date: | 10/30/2024 |
| *Debtor(s).* | : | Time: | 10:00 |

### PROCEEDING MEMO

**MATTER:**  # 74 - Motion to Dismiss Case filed by the ch.13 trustee
# 76 - Response filed by the Debtor

**APPEARANCES**:
Debtor:   Lauren Lamb
Trustee:   Owen Katz

[10:06]
**NOTES:**
Court: As of September 26, 2024 $4,384 is necessary to complete the chapter 13 plan.

Katz: A $700 payment was posted on October 3, 2024. $3,684 is remaining to complete the plan.

Lamb: We would ask for a 60 day continuance to allow the Debtor to complete the plan.

**OUTCOME:**
1. The *Trustee's Motion to Dismiss* [Dkt. No.74] is **CONTINUED** to December 11, 2024 at 9am. [Text order to issue]

**DATED:** 10/30/2024