**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-23519-GLT |
| | : | Chapter: | 13 |
| Michelle A. Merella | : | | |
| | : | | |
| | : | Date: | 12/11/2024 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:**    # 74 - Continued Hearing Regarding Motion to Dismiss Case filed by the ch.13 trustee
          # 76 - Response filed by the Debtor

**APPEARANCES**:
      Debtor:    Chris Frye
      Trustee:   Owen Katz

[9:32]
**NOTES:**

Frye: Since the last hearing the Debtor has sent $1,250. She sent the balance on December 5, 2024. She emailed me a copy of the payment. A brief continuance may be appropriate so the Trustee's office may receive the funds.

**OUTCOME:**
1. The *Trustee's Motion to Dismiss* [Dkt. No. 74] is **CONTINUED** to January 29, 2025 at 9 am. [Text Order]

**DATED:** 12/11/2024