**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHELLE A. MERELLA<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>MICHELLE A. MERELLA<br><br>Respondents | FILED<br>12/18/24 2:19 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Case No. 19-23519GLT<br><br>Chapter 13<br><br>Document No. 83 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __18TH__ day of December, 20__24__, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Aquity Solutions Llc
> Attn: Payroll Manager
> 5000 Meridian Blvd 2Nd Fl
> Franklin, TN 37067

is hereby ordered to immediately terminate the attachment of the wages of MICHELLE A. MERELLA, social security number XXX-XX-1612. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MICHELLE A. MERELLA.

Dated: 12/18/24

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23519-GLT |
| Michelle A. Merella | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 18, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2024:**

**Recip ID        Recipient Name and Address**
db            +  Michelle A. Merella, 127 Dominion Lane, West Newton, PA 15089-1298

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2024 at the address(es) listed below:

**Name            Email Address**

Denise Carlon
                on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Kenneth Steidl
                on behalf of Debtor Michelle A. Merella julie.steidl@steidl-steinberg.com
                ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
                on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 18, 2024 | Form ID: pdf900 | Total Noticed: 1 |

TOTAL: 5