Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Michelle A. Merella** | : | Case No. 19-23519-GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 88 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 3/26/25 at 11:00 AM |
| | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION**

        **AND NOW,** this **The 3rd of February, 2025**, a **Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements** (the "Motion") having been filed at Doc. No. 88 by the Chapter 13 Trustee,

        It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

        (1)  **On or before March 17, 2025,** any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

        (2)  This Motion is scheduled for hearing on **March 26, 2025 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).
**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

        (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are **required** to appear at the hearing.

        (4)  Once the Motion is approved, if either the Debtor's **Certificate of Discharge Eligibility** or **Certificate of Financial Management** is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

                                                                       _____

Gregory L Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 19-23519-GLT

Michelle A. Merella                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                                          Page 1 of 3

Date Rcvd: Feb 03, 2025                   Form ID: 604                                        Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle A. Merella, 127 Dominion Lane, West Newton, PA 15089-1298 |
| 15134885 | | Directv, c/o Diversified Consultants, PO Box 679543, Dallas, TX 75267-9543 |
| 15134893 | + | Rostraver Township Sewage Authority, 1744 Rostraver Road, Belle Vernon, PA 15012-4001 |
| 15118358 | + | Westmoreland County Tax Claim Bureau, 40 N. Pennsylvania Avenue, Suite 109, Greensburg, PA 15601-2341 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 04 2025 00:32:31 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 04 2025 00:32:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15134882 | + | Email/Text: CBCSMail@CBCSNational.com | Feb 04 2025 00:26:00 | CBCS, 250 East Town Street, Columbus, OH 43215-4631 |
| 15134881 | + | Email/Text: CBCSMail@CBCSNational.com | Feb 04 2025 00:26:00 | CBCS, 520 E. Main Street, Carnegie, PA 15106-2051 |
| 15134883 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 04 2025 00:26:00 | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15134884 | + | Email/Text: ccusa@ccuhome.com | Feb 04 2025 00:25:00 | Credit Collection Services, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15145903 | | Email/Text: G06041@att.com | Feb 04 2025 00:26:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15118355 | + | Email/Text: EBNBKNOT@ford.com | Feb 04 2025 00:26:00 | Ford Motor Credit Company, P.O. Box 152271, Irving, TX 75015-2271 |
| 15139354 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 04 2025 00:31:27 | Ford Motor Credit Company LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15134887 | + | Email/Text: LTDBankruptcy@ltdcommodities.com | Feb 04 2025 00:26:00 | LTD Commodities LLC, 200 Tri State International, Lincolnshire, IL 60069-4429 |
| 15134888 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2025 00:31:16 | LVNV Funding LLC, 625 Pilot Road, Suite 213, Las Vegas, NV 89119-4485 |
| 15135541 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2025 00:31:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15134889 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 04 2025 00:26:00 | Midland Funding LLC, 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 15149289 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

District/off: 0315-2                     User: auto                                     Page 2 of 3
Date Rcvd: Feb 03, 2025                  Form ID: 604                          Total Noticed: 29

| | | | |
|---|---|---|---|
| | | Feb 04 2025 00:26:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15134890 | + Email/Text: mawccollection@mawc.org | | |
| | | Feb 04 2025 00:26:00 | Municipal Authority of Westmorland Co., 124 Park & Pool Road, New Stanton, PA 15672-2404 |
| 15118356 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Feb 04 2025 00:25:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 15158553 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Feb 04 2025 00:25:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland OH 44101 |
| 15156376 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 04 2025 00:44:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15134892 | + Email/Text: cognizantrcminfo@cognizant.com | | |
| | | Feb 04 2025 00:25:00 | ROI, 1920 Greenspring Drive, Lutherville Timonium, MD 21093-4156 |
| 15119387 | ^ MEBN | | |
| | | Feb 04 2025 00:09:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15148210 | Email/Text: BNCnotices@dcmservices.com | | |
| | | Feb 04 2025 00:25:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15148206 | Email/Text: BNCnotices@dcmservices.com | | |
| | | Feb 04 2025 00:25:00 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15151178 | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Feb 04 2025 00:31:16 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15127760 | + Email/Text: bankruptcy@firstenergycorp.com | | |
| | | Feb 04 2025 00:26:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15118357 | + Email/Text: bankruptcy@firstenergycorp.com | | |
| | | Feb 04 2025 00:26:00 | West Penn Power Company, 76 South Main Street, Akron, OH 44308-1817 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15134886 | *+ | Ford Motor Credit Company, P.O. Box 152271, Irving, TX 75015-2271 |
| 15134891 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 15156513 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15134894 | *+ | West Penn Power Company, 76 South Main Street, Akron, OH 44308-1817 |
| 15134895 | *+ | Westmoreland County Tax Claim Bureau, 40 N. Pennsylvania Avenue, Suite 109, Greensburg, PA 15601-2341 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2025                     Signature:        /s/Gustava Winters

| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 03, 2025 | Form ID: 604 | Total Noticed: 29 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Michelle A. Merella julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |

TOTAL: 5