Certificate Number: 01721-PAW-DE-039356392

Bankruptcy Case Number: 19-23519



01721-PAW-DE-039356392

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 19, 2025, at 3:17 o'clock PM EST, Michelle Merella completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: February 19, 2025

By: /s/Robin Vasselo

Name: Robin Vasselo

Title: Counselor