Certificate Number: 01721-PAW-DE-039356392

Bankruptcy Case Number: 19-23519



01721-PAW-DE-039356392

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 19, 2025</u>, at <u>3:17</u> o'clock <u>PM EST</u>, <u>Michelle Merella</u> completed a course on personal financial management given <u>by internet</u> by <u>Advantage Credit Counseling Service, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>February 19, 2025</u>    By:  <u>/s/Robin Vasselo</u>

Name:  <u>Robin Vasselo</u>

Title:  <u>Counselor</u>