**Fill in this information to identify the case**

**Debtor 1** Michelle A. Merella

**Debtor 2**
(Spouse, if filing)

**United States Bankruptcy Court for the:** WESTERN **District of** PENNSYLVANIA
                                                                              **(State)**
**Case number** 19-23519

# Form 4100R
## Response to Notice of Final Cure Payment                                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:  Mortgage Information

**Name of creditor:** PNC Bank, N.A.

**Court claim no.** (if known): 16

**Last 4 digits** of any number you use to identify the debtor's account: 6717

**Property address:** 127 Dominion Ln
                     Number        Street

West Newton  PA  15089-1298
City                    State         Zip Code

### Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3:  Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    10/17/2024
                                                              MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                      (a) $_____

b. Total fees, charges, expenses, escrow, and costs outstanding:                 (b) $_____

c. Total. Add lines a and b.                                                     (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:    ___/___/____
                                                                       MM/DD/YYYY

Form 4100R              **Response to Notice of Final Cure Payment**                   page **1**

19-040414_SJW

Debtor 1 ___Michelle A. Merella___  Case number (if known) 19-23519
     First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/Stephen R. Franks      Date  02/24/2025
   Signature

Print:    Stephen R. Franks     Title  Attorneys for Creditor

Company   MDK Legal

Address   P.O. Box 165028
           Number   Street

           Columbus, OH  43216-5028
           City   State   ZIP Code

Contact phone  614-220-5611     Email  amps@manleydeas.com

19-040414_SJW

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 19-23519** |
| **Michelle A. Merella** | : **Chapter 13** |
| | : **Judge Gregory L. Taddonio** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **PNC Bank, N.A.** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Michelle A. Merella** | : |
| **Ronda J. Winnecour** | : |
| **Respondents.** | : |

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

     I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) __02/24/2025__.

     The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: __first-class mail and electronic notification__.

     If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: __02/24/2025__

By: __/s/Stephen R. Franks__
Signature
__Stephen R. Franks, Esquire__
Typed Name
__P.O. Box 165028, Columbus, OH 43216-5028__
Address
__614-220-5611__
Phone No.
__333394__
List Bar I.D. and State of Admission

19-040414_SJW

Stephen R. Franks, Attorney for Creditor, MDK Legal, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Kenneth Steidl, Attorney for Debtor, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219, julie.steidl@steidl-steinberg.com (notified by ecf)

Michelle A. Merella, Debtor, 127 Dominion Lane, West Newton, PA  15089 (notified by regular US Mail)

Westmoreland County Tax Claim Bureau, Party of Interest, 40 N. Pennsylvania Avenue, Suite 109, Greensburg, PA  15601 (notified by regular US Mail)

19-040414_SJW