**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michelle A. Merella<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1612<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __–_____ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:    19–23519–GLT

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michelle A. Merella

3/18/25

**By the court:** <u>Gregory L Taddonio</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-23519-GLT
Michelle A. Merella  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Mar 18, 2025      Form ID: 3180W      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle A. Merella, 127 Dominion Lane, West Newton, PA 15089-1298 |
| 15134885 | | Directv, c/o Diversified Consultants, PO Box 679543, Dallas, TX 75267-9543 |
| 15134893 | + | Rostraver Township Sewage Authority, 1744 Rostraver Road, Belle Vernon, PA 15012-4001 |
| 15118358 | + | Westmoreland County Tax Claim Bureau, 40 N. Pennsylvania Avenue, Suite 109, Greensburg, PA 15601-2341 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 19 2025 04:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2025 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 19 2025 04:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2025 00:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Mar 19 2025 04:12:00 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Mar 19 2025 04:12:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15134882 | + | EDI: CBCSI.COM | Mar 19 2025 04:12:00 | CBCS, 250 East Town Street, Columbus, OH 43215-4631 |
| 15134881 | + | EDI: CBCSI.COM | Mar 19 2025 04:12:00 | CBCS, 520 E. Main Street, Carnegie, PA 15106-2051 |
| 15134883 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 19 2025 00:26:00 | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15134884 | + | EDI: CCUSA.COM | Mar 19 2025 04:12:00 | Credit Collection Services, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15145903 | | EDI: DIRECTV.COM | Mar 19 2025 04:12:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15118355 | + | Email/Text: EBNBKNOT@ford.com | Mar 19 2025 00:26:00 | Ford Motor Credit Company, P.O. Box 152271, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: 3180W | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | | Irving, TX 75015-2271 |
| 15139354 | + | EDI: AISACG.COM | Mar 19 2025 04:12:00 | Ford Motor Credit Company LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15134887 | + | Email/Text: LTDBankruptcy@ltdcommodities.com | Mar 19 2025 00:27:00 | LTD Commodities LLC, 200 Tri State International, Lincolnshire, IL 60069-4429 |
| 15134888 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2025 00:28:55 | LVNV Funding LLC, 625 Pilot Road, Suite 213, Las Vegas, NV 89119-4485 |
| 15135541 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2025 00:41:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15134889 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 19 2025 00:26:00 | Midland Funding LLC, 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 15149289 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 19 2025 00:26:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15134890 | + | Email/Text: mawccollection@mawc.org | Mar 19 2025 00:26:00 | Municipal Authority of Westmorland Co., 124 Park & Pool Road, New Stanton, PA 15672-2404 |
| 15118356 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 19 2025 00:24:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 15158553 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 19 2025 00:24:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland OH 44101 |
| 15156376 | | EDI: PRA.COM | Mar 19 2025 04:12:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15134892 | + | Email/Text: cognizantrcminfo@cognizant.com | Mar 19 2025 00:25:00 | ROI, 1920 Greenspring Drive, Lutherville Timonium, MD 21093-4156 |
| 15119387 | ^ | MEBN | Mar 19 2025 00:17:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15148210 | | Email/Text: BNCnotices@dcmservices.com | Mar 19 2025 00:25:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15148206 | | Email/Text: BNCnotices@dcmservices.com | Mar 19 2025 00:25:00 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15151178 | | EDI: AIS.COM | Mar 19 2025 04:13:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15127760 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 19 2025 00:26:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15118357 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 19 2025 00:26:00 | West Penn Power Company, 76 South Main Street, Akron, OH 44308-1817 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15134886 | *+ | Ford Motor Credit Company, P.O. Box 152271, Irving, TX 75015-2271 |
| 15134891 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 15156513 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15134894 | *+ | West Penn Power Company, 76 South Main Street, Akron, OH 44308-1817 |
| 15134895 | *+ | Westmoreland County Tax Claim Bureau, 40 N. Pennsylvania Avenue, Suite 109, Greensburg, PA 15601-2341 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 18, 2025 | Form ID: 3180W | Total Noticed: 31 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Michelle A. Merella julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |

TOTAL: 5